1  **GAIL SHIFMAN**
   **Attorney at Law**
2  **44 Montgomery Street**
   **Suite 3850**
3  **San Francisco, California 94104**
   **Telephone (415) 551-1500**
4  **Facsimile (415) 551-1502**

5  Attorney for Defendant
   MARTIN ZARAGOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

| UNITED STATES OF AMERICA, | Case No. CR-08-0083 PJH |
|---|---|
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| MARTIN ZARAGOZA, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that effective this date, the Law Offices of Gail Shifman have moved and the new address is 44 Montgomery Street, Suite 3850, San Francisco CA 94104. The telephone number remains the same (415/551-1500) and the facsimile number has changed to 415/551-1502.

Dated: April 21, 2008

_____
GAIL SHIFMAN
Attorney for Defendant
MARTIN ZARAGOZA

1